BLUM | COLLINS LLP
   Steven A. Blum (Bar No. 133208)
   Craig M. Collins (Bar No. 151582)
   Douglas L. Thorpe (Bar No. 43749)
   Teresa A. Blasberg (Bar No. 105473)
707 Wilshire Blvd., 48th Floor
Los Angeles, California 90017
Telephone: 213.572.0400
Facsimile: 213.572.0401
blum@blumcollins.com; collins@blumcollins.com;
dthorpe@thorpelink.com; tablasberg@earthlink.net

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN, LLP,<br><br>Debtor,<br><br>――――――――――――<br><br>DEBORA K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HELLER EHRMAN, LLP,<br><br>Debtor. | Case No. 08-32514<br>Chapter 11<br><br>**ADVERSARY PROCEEDING**<br>Ad. Pro. Case No. 09-ap-03058<br><br>**DECLARATION OF DEBORA K. BIGGERS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>*[Filed concurrently with Notice of Motion and Motion for Class Certification, Memorandum of Points and Authorities, and Declarations of Carl Goodman, Anna Scarpa, Marjorie Norris, Steven A. Blum and Craig M. Collins]*<br><br>Date: October 20, 2009<br>Time: 1:30 p.m.<br>Judge: Honorable Dennis Montali |

# DECLARATION OF DEBORA K. BIGGERS

Debora K. Biggers declares:

1. I am one of the plaintiffs in this action.

2. I have personal knowledge of all of the facts set forth in this declaration, and if called and sworn as a witness at any proceeding, I could and would competently testify as set forth herein.

3. I worked for Debtor Heller Ehrman LLP from 1988 to October 17, 2008 as a Senior Legal Secretary in Debtor's Los Angeles office.

4. On or about September 25, 2008, the Debtor announced that it was dissolving its partnership. On that day it informed me and other employees that our final day of employment would be November 28, 2008.

5. I am generally familiar with the size and location of the Debtor's other offices around the country at the time. I believe that the Debtor employed 75 or more persons in each of certain facilities including its Los Angeles office in the 12 months before October 17, 2008.

6. In October 2008, the Debtor terminated me and over 500 other employees nationwide. I did not receive 60 days' notice of this termination and, I am informed and believe, none of the other terminated employees received 60 days' notice either.

7. I had over 80 hours of vacation available to me when the Debtor terminated my employment on October 17, 2008. Although the Debtor had promised in its policy that it would pay terminated employees for accrued but unused vacation time, the Debtor has not paid me for this vacation.

8. I have no known conflicts with the members of the proposed classes, and my personal claims are not antagonistic to the claims of other members of the proposed classes. To put it plainly, we're all in the same boat. We all had our employment terminated around the same time and for the same reason, and we were all deprived of the same types of wages and benefits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 6, 2009 at Redlands, California.

/s/ Debora K. Biggers
DEBORA K. BIGGERS

2
Case 09-03058  Doc# 24  Filed: 09/22/09  Entered: 09/22/09 11:07:06  Page 3 of 5
Decl. of Debora K. Biggers in Support of Plaintiffs' Motion for Class Certification (09-ap-03058)

# ATTACHMENT

8. I have no known conflicts with the members of the proposed classes, and my personal claims are not antagonistic to the claims of other members of the proposed classes. To put it plainly, we're all in the same boat. We all had our employment terminated around the same time and for the same reason, and we were all deprived of the same types of wages and benefits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 6, 2009 at Redlands, California.

DEBORA K. BIGGERS

2

Decl. of Debora K. Biggers in Support of Plaintiffs' Motion for Class Certification (09-ap-03058)