| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | BLUM \| COLLINS LLP<br>   Steven A. Blum (Bar No. 133208)<br>   Craig M. Collins (Bar No. 151582)<br>   Douglas L. Thorpe (Bar No. 43749)<br>   Teresa A. Blasberg (Bar No. 105473)<br>707 Wilshire Blvd., 48th Floor<br>Los Angeles, California 90017<br>Telephone: 213.572.0400<br>Facsimile: 213.572.0401<br>blum@blumcollins.com; collins@blumcollins.com;<br>dthorpe@thorpelink.com; tablasberg@earthlink.net<br><br>Attorneys for Plaintiffs |

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN, LLP,<br><br>          Debtor,<br><hr><br>DEBORA K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>          Plaintiffs,<br><br>   vs.<br><br>HELLER EHRMAN, LLP,<br><br>          Debtor. | Case No. 08-32514<br>Chapter 11<br><br>**ADVERSARY PROCEEDING**<br>**Ad. Pro. Case No. 09-ap-03058**<br><br>**DECLARATION OF MARJORIE NORRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO REDUCE STIPULATED STAY**<br><br>*[Filed concurrently with Notice of Motion and Motion for Class Certification, Memorandum of Points and Authorities, and Declarations of Debora K. Biggers, Carl Goodman, Anna Scarpa, Steven A. Blum and Craig M. Collins]*<br><br>Date: October 20, 2009<br>Time: 1:30 p.m.<br>Judge: Honorable Dennis Montali |

Decl. of Marjorie Norris in support of Plaintiffs' Motion for Class Certification and to Reduce Stipulated Stay
(09-ap-03058)

Case: 09-03058   Doc# 25   Filed: 09/22/09   Entered: 09/22/09 11:09:30   Page 1 of 5

# DECLARATION OF MARJORIE NORRIS

Marjorie Norris declares:

1. I am one of the plaintiffs in this action.

2. I have personal knowledge of all of the facts set forth in this declaration, and if called and sworn as a witness at any proceeding, I could and would competently testify as set forth herein.

3. I worked for Debtor Heller Ehrman LLP until October 10, 2008 as Manager of Professional Services in Debtor's District of Columbia office.

4. On or about September 26, 2008, the Debtor announced that it was dissolving its partnership. On that day it informed me and other employees that our final day of employment would be November 28, 2008.

5. I am generally familiar with the size and location of the Debtor's other offices around the country at the time. I believe that the Debtor employed 75 or more persons in each of certain facilities including its District of Columbia office in the 12 months before October 10, 2008.

6. In October 2008, the Debtor terminated me several hundred other employees nationwide. I did not receive 60 days' notice of this termination and, I am informed and believe, none of the other terminated employees received 60 days' notice either.

7. I had over 160 hours of vacation available to me when the Debtor terminated my employment on October 10, 2008. Although the Debtor had promised in its policy that it would pay terminated employees for accrued but unused vacation time, the Debtor has not paid me for this vacation.

1

Decl. of Marjorie Norris in Support of Plaintiffs' Motion for Class Certification and to Reduce Stipulated Stay (09-ap-03058)

Case: 09-03058    Doc# 25    Filed: 09/22/09    Entered: 09/22/09 11:09:30    Page 2 of 5

8. I have no known conflicts with the members of the proposed classes, and my personal claims are not antagonistic to the claims of other members of the proposed classes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 21, 2009 at Fairfax, Virginia.

/s/Marjorie Norris

MARJORIE NORRIS

# ATTACHMENT

8. I have no known conflicts with the members of the proposed classes, and my personal claims are not antagonistic to the claims of other members of the proposed classes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September _21_, 2009 at _Fairfax_____, Virginia.

                                                        MARJORIE NORRIS