BLUM | COLLINS LLP
   Steven A. Blum (Bar No. 133208)
   Craig M. Collins (Bar No. 151582)
   Douglas L. Thorpe (Bar No. 43749)
   Teresa A. Blasberg (Bar No. 105473)
707 Wilshire Blvd., 48th Floor
Los Angeles, California 90017
Telephone: 213.572.0400
Facsimile: 213.572.0401
blum@blumcollins.com; collins@blumcollins.com;
dthorpe@thorpelink.com; tablasberg@earthlink.net

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-32514<br>Chapter 11 |
| HELLER EHRMAN, LLP, | **ADVERSARY PROCEEDING**<br>**Ad. Pro. Case No. 09-ap-03058** |
| Debtor, | |
| | **CERTIFICATE OF SERVICE** |
| DEBORA K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated, and on behalf of the general public, | *[Filed concurrently with Notice of Hearing and Motion, Memorandum of Points and Authorities and Declarations of Debora K. Biggers, Carl Goodman, Marjorie Norris, Anna Scarpa, Steven Blum and Craig M. Collins]* |
| Plaintiffs, | |
| vs. | |
| HELLER EHRMAN, LLP, | Date: October 20, 2009<br>Time: 1:30 p.m.<br>Judge: Honorable Dennis Montali |
| Debtor. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Annette Weber, am over the age of 18 and not a party to the within action; my business address is Blum Collins LLP, 707 Wilshire Blvd, Suite 4880, Los Angeles, CA 90017.

On September 22, 2009, I caused to be served the following items:

1. PLAINTIFF'S NOTICE OF HEARING AND NOTICE OF MOTION FOR (1) CLASS CERTIFICATION; AND (2) RELIEF FROM STIPULATED STAY

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR (1) CLASS CERTIFICATION; AND (2) RELIEF FROM STIPULATED STAY

3. DECLARATION OF STEVEN A. BLUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

4. DECLARATION OF CRAIG M. COLLINS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

5. DECLARATION OF MARJORIE NORRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO REDUCE STIPULATED STAY

6. DECLARATION OF ANNA SCARPA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

7. DECLARATION OF CARL GOODMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

8. DECLARATION OF DEBORA K. BIGGERS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

X    (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1    ___ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

2    ____ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the

3 Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

4      I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

5      Executed on September 22, 2009, at Los Angeles, California.

                                        /s/ Annette Weber

3

Certificate of Service for Plaintiffs' Notice of Hearing and Motion for Class Certification (09-ap-03058)

**SERVICE LIST**

| | |
|---|---|
| John C. Fox<br>Alexa Leigh Morgan<br>Jay J. Wang<br>Manatt Phelps Phillips LLP<br>1001 Page Mill Rd.<br>Building 2<br>Palo Alto, CA 94034<br>(650) 812-1354<br>Fax (650) 213-0260<br>jfox@manatt.com<br>amorgan@manatt.com | *Attorneys for Defendants*<br>HELLER EHRMAN, LLP, HELLER EHRMAN WHITE & McAULIFFE, A PROFESSIONAL CORPORATION (CALIFORNIA), HELLER EHRMAN WHITE & McAULIFFE (WASHINGTON), P.S., HELLER EHRMAN WHITE & McAULIFFE (ALASKA), P.C., HELLER EHRMAN WHITE & McAULIFFE, A PROFESSIONAL CORPORATION (NEW YORK), and HELLER EHRMAN (CHINA), P.C. |
| Kenneth H. Brown<br>John D. Fiero<br>Pachulkski, Stang, Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>Phone: 415-263-7000<br>Fax: 415-263-7010<br>kbrown@pszjlaw.com<br>jfiero@pszjlaw.com | *Attorneys for Defendants*<br>HELLER EHRMAN, LLP, HELLER EHRMAN WHITE & McAULIFFE, A PROFESSIONAL CORPORATION (CALIFORNIA), HELLER EHRMAN WHITE & McAULIFFE (WASHINGTON), P.S., HELLER EHRMAN WHITE & McAULIFFE (ALASKA), P.C., HELLER EHRMAN WHITE & McAULIFFE, A PROFESSIONAL CORPORATION (NEW YORK), and HELLER EHRMAN (CHINA), P.C. |
| David M. Stern<br>Brian Metcalf<br>Matthew C. Heyn<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>dstern@ktbslaw.com<br>bmetcalf@ktbslaw.com<br>mheyn@ktbslaw.com | *Attorneys for Defendants*<br>ROBERT ROSENFIELD, KENNETH CHERNOFF, MARIA FIALA, ROBERT HUBBELL, LARRY KEESHAN, MATTHEW LARRABEE, BARRY LEVIN, and MARK WEEKS |

| | | |
|---|---|---|
| 1 | Tobias S. Keller | *Attorneys for Defendants* |
| | Thomas M. Donnelly | STEVEN KOPPEL and PETER |
| 2 | Jones Day | BENVENUTTI |
| 3 | 555 California Street, 26th Floor | |
| | San Francisco, CA 94104 | |
| 4 | Telephone: (415) 626-3939 | |
| 5 | Facsimile: (415) 875-5700 | |
| | tkeller@jonesday.com | |
| 6 | tmdonnelly@jonesday.com | |
| 7 | | |
| | Lynn Loacker | Defendant |
| 8 | Davis Wright Tremaine LLP | |
| | 1633 Broadway, 27th Floor | |
| 9 | New York, New York 10019-6708 | |
| 10 | | |
| 11 | Jonathan Hayden | Defendant |
| | Lovitt & Hannan Inc. | |
| 12 | 900 Front St. | |
| | San Francisco, CA 94111 | |
| 13 | | |
| 14 | Paul Sugarman | Defendant |
| | 1200 Sunnyhills Rd | |
| 15 | Oakland, CA 94610 | |
| 16 | | |
| | Thomas Willoughby | Unsecured Creditors' Committee |
| 17 | Felderstein, Fitzgerald, Willoughby and | Counsel |
| | Pascuzzi | |
| 18 | 400 Capitol Mall, #1450 | |
| 19 | Sacramento, CA 95814 | |