John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

E-mail: jfiero@pszjlaw.com
        kbrown@pszjlaw.com

John C. Fox (CA Bar No. 135668)
Jeffrey J. Lokey (CA Bar No. 200825)
Alexa L. Morgan (CA Bar No. 234911)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, California 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

E-mail: jfox@manatt.com
        jlokey@manatt.com
        amorgan@manatt.com

Attorneys for Defendant Heller Ehrman LLP

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>          Debtor. | Case No. 08-32514<br><br>Chapter 11 |
| DEBORA K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>- CAPTION CONTINUES ON NEXT PAGE -<br><br>HELLER EHRMAN, LLP, a California Limited Liability Partnership; HELLER, EHRMAN, WHITE & McAULIFFE, A | Adversary Proceeding No. 09-03058<br><br>**STIPULATION APPOINTING MEDIATOR AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM** |

| | |
|---|---|
| 1 | PROFESSIONAL CORPORATION, a California professional corporation; |
| 2 | HELLER, EHRMAN, WHITE & McAULIFFE (WASHINGTON), P.S., a |
| 3 | Washington professional corporation; HELLER, EHRMAN, WHITE & |
| 4 | McAULIFFE (ALASKA), P.C., an Alaska professional corporation; HELLER, |
| 5 | EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a New |
| 6 | York professional corporation; HELLER EHRMAN (CHINA), P.C., a District of |
| 7 | Columbia professional corporation; RICHARD L. CASSIN, P.A., a Florida |
| 8 | professional corporation; MATTHEW LARRABEE, individually and on behalf of |
| 9 | those similarly situated; ROBERT HUBBLE, individually and on behalf of those similarly |
| 10 | situated; STEVEN KOPPLE, individually and on behalf of those similarly situated; |
| 11 | MARIE FIALA, individually and on behalf of those similarly situated; MARK WEEKS, |
| 12 | individually and on behalf of those similarly situated; LYNN LOACKER, individually |
| 13 | and on behalf of those similarly situated; BARRY LEVIN, individually and on behalf |
| 14 | of those similarly situated; KENNETH CHERNOFF, individually and on behalf of |
| 15 | those similarly situated; LAWRENCE KEESHAN, individually and on behalf of |
| 16 | those similarly situated; ROBERT ROSENFELD, individually and on behalf of |
| 17 | those similarly situated; PETER BENVENUTTI, individually and on behalf |
| 18 | of those similarly situated; PAUL SUGARMAN, individually and on behalf of |
| 19 | those similarly situated; and JONATHAN HAYDEN, individually and on behalf of |
| 20 | those similarly situated, <br>                                Defendants. |

**IT IS HEREBY STIPULATED** by and between defendant Heller Ehrman, LLP, the debtor and debtor-in-possession in the above-captioned case (the "Defendant"), the Official Committee of Unsecured Creditors (the "Committee"), and plaintiffs Debora K. Biggers, Carl Goodman, Anna Scarpa, and Marjorie Norris ( collectively, "Plaintiffs"), by and through the undersigned counsel of record, that pursuant to B.L.R. 9044-1, this matter be referred to the Bankruptcy Dispute Resolution Program. The Defendant, Committee and Plaintiffs have conferred and have agreed that the following individual is mutually acceptable for appointment as mediator in this matter:

James A. Tiemstra
Law Offices of James A. Tiemstra
Tribune Tower, 15th Floor
409 Thirteenth Street
Oakland, CA 94612
Tel: 510-987-8000
Fax: 510-987-8001

The matter concerns WARN act claims.

**IT IS FURTHER STIPULATED** by and between Defendant, the Committee and Plaintiffs that the Defendant will pay for the mediator's fees in this case, which are to be capped at $5,000, without application or further order of the Court.

Dated: September 22, 2009     PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
    John Fiero
    Attorneys for Defendant and Debtor and
    Debtor in Possession

Dated: September 22, 2009     MANATT, PHELPS & PHILLIPS, LLP

By  */s/ John C. Fox*
    John C. Fox
    Attorneys for Defendant and Debtor and
    Debtor in Possession

Dated: September 22, 2009     BLUM COLLINS, LLP

By  */s/ Craig Collins*
    Craig Collins
    Attorney for Plaintiffs

OFFICIAL COMMITTEE OF UNSECURED CREDITORS:

Dated: September 22, 2009            FELDERSTEIN FITZGERALD WILLOUGHBY
                                     & PASCUZZI LLP

                                By   /s/ Thomas Willoughby
                                     Thomas Willoughby
                                     Attorneys for the Official Committee of
                                     Unsecured Creditors