Entered on Docket
September 25, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 25, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
 kbrown@pszjlaw.com
 mkhatiblou@pszjlaw.com
 tkapur@pszjlaw.com

John C. Fox (CA Bar No. 135668)
Alexa L. Morgan (CA Bar No. 234911)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, California 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

E-mail: jfox@manatt.com
 jlokey@manatt.com
 amorgan@manatt.com

Attorneys for Defendant Heller Ehrman LLP

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>HELLER EHRMAN, LLP,<br>　　　　　　　Debtor. | Case No.: 08-32514<br>Chapter 11 |
| DEBORAH K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated,<br>　　　　　　　Plaintiffs,<br>　　v.<br>-- CAPTION CONTINUES ON NEXT PAGE -- | Adversary Proceeding No. 09-03058<br><br>**ORDER APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM** |

| | |
|---|---|
| 1 | |
| 2 | HELLER EHRMAN, LLP a California Limited Liability Partnership; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a California professional corporation; HELLER, EHRMAN, WHITE, & McAULIFFE (WASHINGTON), P.S., a Washington professional corporation; HELLER EHRMAN, WHITE & McAULIFFE (ALASKA), P.C., an Alaska professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a New York professional corporation; HELLER EHRMAN (CHINA), P.C., a District of Columbia professional corporation; RICHARD L. CASSIN, P.A., a Florida professional corporation; MATTHEW LARRABEE, individually and on behalf of those similarly situated; ROBERT HUBBLE, individually and on behalf of those similarly situated; STEVEN KOPPLE, individually and on behalf of those similarly situated; MARIE FIALA, individually and on behalf of those similarly situated; MARK WEEKS, individually and on behalf of those similarly situated; LYNN LOACKER, individually and on behalf of those similarly situated; BARRY LEVIN, individually and on behalf of those similarly situated; KENNETH CHERNOFF, individually and on behalf of those similarly situated; LAWRENCE KEESHAN, individually and on behalf of those similarly situated; ROBERT ROSENFELD, individually and on behalf of those similarly situated; PETER BENVENUTTI, individually and on behalf of those similarly situated; PAUL SUGARMAN, individually and on behalf of those similarly situated; JONATHAN HAYDEN, individually and on behalf of those similarly situated, |
| 23 | Defendants. |

The Court, having considered the stipulation of the parties regarding the appointment of a Mediator,

**IT IS HEREBY ORDERED** that James Tiemstra is appointed as the Mediator to serve in this matter, which is assigned to the Bankruptcy Dispute Resolution Program in this District.

**IT IS FURTHER ORDERED** that the parties are to comply with the provisions of B.L.R. 9040-1 through B.L.R. 9050-1.

**IT IS FURTHER ORDERED** that Heller Ehrman LLP, the debtor and debtor in possession herein, is hereby authorized to pay fees to James Tiemstra for his services as a Mediator, in an amount not to exceed $5,000.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Julie M. Glosson, Esq.
Office of the U.S. Trustee
235 Pine Street, #800
San Francisco, CA 94104

Kenneth H. Brown, Esq.
Pachulski Stang Ziehl & Jones LLP
Counsel to Chapter 11 Trustee
150 California Street, 15th Floor
San Francisco, CA 94111

Craig Collins
Blum and Collins LLP
707 Wilshire Blvd., 48th Fl.
Los Angeles, CA 90017

Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

John C. Fox
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, California 94304-1006

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA