

Signed and Filed: October 14, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Defendant
Heller Ehrman LLP, Debtor and Debtor in Possession

NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN, LLP,<br><br>Debtor, | Case No. 08-32514<br>Chapter 11 |
| DEBORA K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HELLER EHRMAN LLP, a California Limited Liability Partnership; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a California professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE (WASHINGTON), P.S., a Washington professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE (ALASKA), P.C., an Alaska professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a New York professional corporation; HELLER EHRMAN (CHINA), P.C., a District of Columbia professional corporation; MATTHEW LARRABEE, individually and on behalf of those similarly situated;<br><br>-CAPTION CONTINUES ON NEXT PAGE- | **ADVERSARY PROCEEDING**<br>**Ad. Pro. Case No. 09-03058**<br><br>**ORDER SHORTENING TIME FOR HEARING ON JOINT MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS SETTLEMENT; (2) CERTIFYING CLASSES FOR SETTLEMENT; (3) APPOINTING CLASS COUNSEL AND CLASS REPRESENTATIVES; (4) APPROVING FORM OF CLASS NOTICES; AND (5) SCHEDULING FINAL HEARING ON APPROVAL OF SETTLEMENT**<br><br>[NO HEARING REQUESTED] |

| | |
|---|---|
| 1 | ROBERT HUBBLE, individually and on behalf of those similarly situated; STEVEN KOPPEL, individually and on behalf of those similarly situated; MARIE FIALA, individually and on behalf of those similarly situated; MARK WEEKS, individually and on behalf of those similarly situated; LYNN LOACKER, individually and on behalf of those similarly situated; BARRY LEVIN, individually and on behalf of those similarly situated; KENNETH CHERNOF, individually and on behalf of those similarly situated; LAWRENCE KEESHAN, individually and on behalf of those similarly situated; ROBERT ROSENFELD, individually and on behalf of those similarly situated; PETER BENVENUTTI, individually and on behalf of those similarly situated; and JONATHAN HAYDEN, individually and on behalf of those similarly situated, Defendants. |

1. This matter came before the Court without a hearing upon consideration of the *Ex Parte Application for Order Shortening Time for Hearing on Joint Motion for (1) Preliminary Approval of Class Settlement; (2) Certifying Classes for Settlement; (3) Appointing Class Counsel and Class Representatives; (4) Approving Form of Class Notices; and (5) Scheduling Final Hearing on Approval of Settlement* (the "Application") filed on October 13, 2009 by Heller Ehrman LLP, the debtor and debtor in possession (the "Debtor"). Based upon the Court's review of the Application, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. A hearing on the Joint Motion for (1) Preliminary Approval of Class Settlement; (2) Certifying Classes for Settlement; (3) Appointing Class Counsel and Class Representatives; (4) Approving Form of Class Notices; and (5) Scheduling Final Hearing on Approval of Settlement (the "Joint Motion") will be held on October 29, 2009 at 1:30 p.m.;

2. Any opposition to the Joint Motion may be made at the hearing; and

3. The Debtor shall serve by noon on October 15 notice of the Joint Motion and supporting papers by electronic mail or overnight delivery, upon counsel for the Committee, the Office of the United States Trustee, all parties requesting special notice in this case, and the parties to the Compromise and Settlement Agreement that is attached to the Joint Motion as **Exhibit 1.**

\* \* \* END OF ORDER \* \* \*

**Counsel to Debtors**
Kenneth H. Brown, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Counsel to Committee of Unsecured Creditors**
Steven H. Felderstein, Esq.
Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

**United States Trustee**
Donna S. Tamanaha
Assistant U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104