John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**Signed and Filed: October 16, 2009**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>Debtor. | Case No.: 08-32514<br><br>Chapter 11 |
| DEBORAH K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HELLER EHRMAN, LLP a California Limited Liability Partnership; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a California professional corporation; HELLER, EHRMAN, WHITE, & McAULIFFE (WASHINGTON), P.S., a Washington professional corporation; HELLER EHRMAN, WHITE & McAULIFFE (ALASKA), P.C., an Alaska professional corporation; | Adversary Proceeding No. 09-03058<br><br>**ORDER GRANTING EX PARTE APPLICATION TO FILE UNDER SEAL EXHIBIT A (EMPLOYEE CLAIMS MASTER SPREADSHEET) AND EXHIBIT H ("EXCESSIVE OPT OUT PERCENTAGE" DEFINITION) TO CLASS ACTION SETTLEMENT AGREEMENT**<br><br>[NO HEARING REQUESTED] |

-- CAPTION CONTINUES ON NEXT PAGE --

| | |
|---|---|
| 1 | HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a New York professional corporation; HELLER EHRMAN (CHINA), P.C., a District of Columbia professional corporation; RICHARD L. CASSIN, P.A., a Florida professional corporation; MATTHEW LARRABEE, individually and on behalf of those similarly situated; ROBERT HUBBLE, individually and on behalf of those similarly situated; STEVEN KOPPLE, individually and on behalf of those similarly situated; MARIE FIALA, individually and on behalf of those similarly situated; MARK WEEKS, individually and on behalf of those similarly situated; LYNN LOACKER, individually and on behalf of those similarly situated; BARRY LEVIN, individually and on behalf of those similarly situated; KENNETH CHERNOFF, individually and on behalf of those similarly situated; LAWRENCE KEESHAN, individually and on behalf of those similarly situated; ROBERT ROSENFELD, individually and on behalf of those similarly situated; PETER BENVENUTTI, individually and on behalf of those similarly situated; PAUL SUGARMAN, individually and on behalf of those similarly situated; JONATHAN HAYDEN, individually and on behalf of those similarly situated, |

Defendants.

The Court, having considered the Debtor's Ex Parte Application To File Under Seal Exhibit A (Employee Claims Master Spreadsheet) and Exhibit H ("Excessive Opt Out Percentage" Definition) to Class Action Settlement Agreement (the "Application") and good cause appearing therefore, concludes that the Application should be granted.

Accordingly, it is hereby ordered that:

Defendants may file the Employee Claims Master Spreadsheet (Exhibit A to the Compromise and Settlement Agreement) and "Excessive Opt Out Percentage" Definition (Exhibit H to the Compromise and Settlement Agreement) under seal.

The Clerk of the Court shall maintain said exhibit in accordance with the provisions of Civil Local Rule 79-5(f).

*** END OF ORDER ***

# COURT SERVICE LIST

Donna S. Tamanaha
**United States Trustee**
Assistant U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Kenneth H. Brown, Esq.
Pachulski Stang Ziehl & Jones LLP
**Counsel to Debtors**
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
**Counsel to Committee of Unsecured Creditors**
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Steven A. Blum, Esq.
Blum Collins LLP
**Counsel to Plaintiffs**
707 Wilshire Boulevard, 48th Floor
Los Angeles, CA 90017

# CERTIFICATE OF NOTICE

```
District/off: 0971-3           User: mwalker              Page 1 of 1                Date Rcvd: Oct 19, 2009
Case: 09-03058                 Form ID: pdfeo             Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 21, 2009.
ust          +Office of the U.S. Trustee / SF,   Office of the U.S. Trustee,   235 Pine St,   Suite 700,
               San Francisco, CA 94104-2736

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2009**                           Signature:       _/s/ Joseph Speetjens_