BLUM COLLINS LLP
Steven A. Blum (Bar No. 133208)
blum@blumcollins.com
Craig M. Collins (Bar No. 151582)
collins@blumcollins.com
707 Wilshire Boulevard, 48th Floor
Los Angeles, California 90017
Phone: 213-572-0400
Fax: 213-572-0401

BLASBERG & ASSOCIATES
Teresa A. Blasberg (Bar No. 105473)
tablasberg@earthlink.net
526 N. Juanita Ave
Los Angeles, CA 90004
Phone: 323-515-3578
Fax: 323-661-2940

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN, LLP,<br><br>Debtor, | Case No. 08-32514<br>Chapter 11<br><br>**ADVERSARY PROCEEDING**<br>**Ad. Pro. Case No. 09-03058**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Date: July 8, 2010<br>Time: 1:30 p.m.<br>Judge: Hon. Dennis Montali<br>Place.: Courtroom 22, 19th Floor<br><br>First Amended Complaint filed April 23, 2009 |
| DEBORA K. BIGGERS, CARL GOODMAN, ANNA SCARPA, and MARJORIE NORRIS, individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>HELLER EHRMAN LLP, a California | |

POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

1
Notice of Motion for Final Approval of Class Settlement

| | |
|---|---|
| 1 | Limited Liability Partnership; HELLER, EHRMAN, WHITE & McAULIFFE, A |
| 2 | PROFESSIONAL CORPORATION, a California professional corporation; |
| 3 | HELLER, EHRMAN, WHITE & McAULIFFE (WASHINGTON), P.S., a |
| 4 | Washington professional corporation; HELLER, EHRMAN, WHITE & |
| 5 | McAULIFFE (ALASKA), P.C., an Alaska professional corporation; HELLER, |
| 6 | EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a New |
| 7 | York professional corporation; HELLER EHRMAN (CHINA), P.C., a District of |
| 8 | Columbia professional corporation; MATTHEW LARRABEE, individually and |
| 9 | on behalf of those similarly situated; ROBERT HUBBLE, individually and on |
| 10 | behalf of those similarly situated; STEVEN KOPPEL, individually and on behalf of those |
| 11 | similarly situated; MARIE FIALA, individually and on behalf of those similarly |
| 12 | situated; MARK WEEKS, individually and on behalf of those similarly situated; LYNN |
| 13 | LOACKER, individually and on behalf of those similarly situated; BARRY LEVIN, |
| 14 | individually and on behalf of those similarly situated; KENNETH CHERNOF, |
| 15 | individually and on behalf of those similarly situated; LAWRENCE KEESHAN, |
| 16 | individually and on behalf of those similarly situated; ROBERT ROSENFELD, |
| 17 | individually and on behalf of those similarly situated; PETER BENVENUTTI, |
| 18 | individually and on behalf of those similarly situated; and JONATHAN HAYDEN, |
| 19 | individually and on behalf of those similarly situated, |
| 20 | Defendants. |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that, on July 8, 2010 at 1:30 p.m. or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, located at 235 Pine Street, 22nd Floor, San Francisco, California, a hearing

POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

2

Case: 09-03058    Doc# 62    Filed: 06/10/10    Entered: 06/10/10 18:40:05    Page 2 of 3
Notice of Motion for Final Approval of Class Settlement

will be held on the Motion of Plaintiffs Debora K. Biggers, Carl Goodman, Anna Scarpa, and Marjorie Norris (collectively "Class Representatives"), on behalf of themselves and similarly situated prospective class members (together with the Class Representatives, the "Plaintiff Class"); for an order granting final approval of the settlement described in the Compromise and Settlement Agreement ("Settlement Agreement") attached hereto as **Exhibit "1"**, including an award of fees and costs to Plaintiffs' counsel as an administrative payment.

Dated: June 10, 2009    BLUM COLLINS LLP

ON BEHALF OF THE CLASS REPRESENTATIVES AND PLAINTIFF CLASS MEMBERS (DEBORA K. BIGGERS, CARL GOODMAN, ANNA SCARPA, AND MARJORIE NORRIS, ON BEHALF OF THEMSELVES AND PLAINTIFF CLASS MEMBERS)

*/s/ Steven A. Blum*
By    Steven A. Blum, Esq.