DALE L. BRATTON (Bar No. 124328)
172 – 7th Avenue
San Francisco, CA 94118-1207
Telephone:   415-518-5313
Email:  brattonlaw@comcast.net

Class Member Appearing Pro Se

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN, LLP,<br><br>                Debtor. | Bk. No.: 08-32514-DM-11<br><br>Chapter 11 |
| DEBORA K. BIGGERS et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>HELLER EHRMAN LLP et al.,<br><br>                Defendants. | **Adv. Proc. No. 09-03058**<br><br>**AMENDED CERTIFICATE OF SERVICE RE CLASS MEMBER BRATTON'S OBJECTION TO FINAL APPROVAL OF SETTLEMENT OF CLASS ACTION CONCERNING WAGE CLAIMS**<br><br>Date:  July 8, 2010<br>Time:  1:30 p.m.<br>Place:  U.S. Bankruptcy Court<br>          235 Pine Street, 22nd Floor<br>          San Francisco, CA<br><br>Judge:  The Honorable Dennis Montali |

# PROOF OF SERVICE

On June 24, 2010, I served the following document(s):

CLASS MEMBER BRATTON'S OBJECTION TO FINAL APPROVAL OF SETTLEMENT OF CLASS ACTION CONCERNING WAGE CLAIMS

DECLARATION OF DALE L. BRATTON IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF    SETTLEMENT OF CLASS ACTION CONCERNING WAGE CLAIMS

on the person(s) below:

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>Attn:  Kenneth H.  Brown | Counsel for Debtor |
| Felderstein, Fitzgerald, Willoughby & Pascuzzi, LLP<br>Attn:  Thomas A. Willoughby<br>twilloughby@ffwplaw.com | Counsel for Committee |
| Office of the United States Trustee<br>Attn:  Minnie Loo | Counsel for U.S. Trustee |
| Blum & Collins, LLP<br>Attn:  Steven A. Blum<br>blum@blumcollins.com | Class Counsel |
| Blasberg & Associates<br>Attn: Teresa A. Blasberg<br>tablasberg@earthlink.net | Co-counsel with Class Counsel |
| Fox, Wang & Morgan P.C.<br>Alexa L. Morgan<br>amorgan@foxwangmorgan.com | Counsel for Debtor |
| Klee, Tuchin, Bogdanoff & Stern LLP<br>Attn: David M. Stern<br>dstern@ktbslaw.com | Counsel for Certain Shareholders |
| Jones Day<br>Attn:  Tobias S. Keller<br>tkeller@jonesday.com | Counsel for Certain Shareholders |

The documents were served in the following manner:

    1. Via ECF registrant notification, per Local Rule 9013-3(c), on those counsel who are Registered Participants for electronic notice purposes in this action; and

    2. Via E-Mail on those counsel whose email address is appended to their name above.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2010

                                        /s Dale L. Bratton
                                        _____
                                        Dale L. Bratton